```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
UNITED STATES OF AMERICA,          :
                                   :
     -against-                     :
                                   :
JAMAL FRAZER,                      :
                                   :
                    Defendant.     :
-------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/03/2020
```

No. 11 Cr. 912 (JFK)
No. 16 Civ. 2087 (JFK)
**ORDER**

**JOHN F. KEENAN, United States District Judge:**

The stay of proceedings imposed by the Court on July 18, 2018, is hereby LIFTED.

It is FURTHER ORDERED that Jamal Frazer's request for appointment of new counsel is DENIED. Frazer's counsel has already filed a 22-page supplemental memorandum of law in support of Frazer's petition for a writ of habeas corpus.

**SO ORDERED.**

Dated:  New York, New York
        June 3, 2020

_____
John F. Keenan
United States District Judge